**UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS**
**Washington, D.C.**

**UNITED STATES**

**v.**

**Oscar CRUZ, Jr.**
**Seaman (E-3), U.S. Coast Guard**

**CGCMS 24429**

**Docket No. 1331**

**19 August 2010**

Special Court-Martial convened by Commander, Sector Houston-Galveston. Tried at Houston, Texas, on 12 November 2009.

| | |
|---|---|
| Military Judge: | CAPT Gary E. Felicetti, USCG |
| Trial Counsel: | LT Demetrius T. Cheeks, USCGR |
| Defense Counsel: | LT Patrick K. Korody, JAGC, USN |
| | LCDR Christopher A. Tribolet, USCG |
| Appellate Defense Counsel: | LT Kelley L. Tiffany, USCGR |
| Appellate Government Counsel: | LCDR Douglas K. Daniels, USCG |

**BEFORE**
**McCLELLAND, KENNEY[1] & McTAGUE**
Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone. Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of twenty specifications of larceny, in violation of Article 121, UCMJ. The military judge sentenced Appellant to confinement for 120 days, reduction to E-1, a $2,500.00 fine, and a bad-conduct discharge. Pursuant to the pretrial agreement, the Convening Authority disapproved confinement in excess of ninety days and the $2,500.00 fine, and otherwise approved the sentence as adjudged.

---

[1] Judge KENNEY did not participate in the decision.

Before this court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

## Decision

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,

L. I. McClelland
Chief Judge